IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

```
CEDRIC HAYWOOD and              :
DELANDRA PETERSON CHANEY,       :
                                :
    Plaintiffs,                 :
                                :
vs.                             :   CIVIL ACTION 08-0386-WS-M
                                :
STEVEN AULTMAN, et al.,         :
                                :
    Defendants.                 :
```

ORDER

Upon consideration of Plaintiffs' Motions to Proceed Without Prepayment of Fees (Doc. 6, 7), the Court hereby determines that Plaintiffs are indigent and should be allowed to proceed in forma pauperis. Therefore, Plaintiffs' Motions to Proceed Without Prepayment of Fees are **GRANTED.**

Upon review of Plaintiffs' complaint, the Court was unable to locate an address for each Defendant. It is Plaintiffs' responsibility to furnish the Court with an accurate address for a Defendant so waivers of service of process may be sent to a Defendant. Therefore, Plaintiffs are **ORDERED** by **October 27, 2008**, to furnish the Court with a current mailing address for each Defendant, and the name of the person who accepts service for the Town of Linden, Alabama, and that person's current mailing address. Failure to comply with this Order within the prescribed time will result in the dismissal of this action for

failure to prosecute and to obey the Court's Order.

DONE this 7th day of October, 2008.

                                                  s/BERT W. MILLING, JR.
                                                  UNITED STATES MAGISTRATE JUDGE