# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| VS. | * | CRIMINAL NO. CR- 76-00001 |
| | * | |
| GEORGE WASHINGTON, | * | |
| | * | |
| Defendant. | * | |

## DEFENDANT'S REQUEST TO DECLARE CONGRESS UNCONSTITUTIONAL AND APPOINT GORDON ARMSTRONG PRESIDENT FOR LIFE, OR IN THE ALTERNATIVE, FREE PARKING OUTSIDE NEW COURTHOUSE

COMES NOW the Defendant, George Washington, (former) U.S. President and General of the Continental Army[1], by and through undersigned counsel, and hereby moves that the dysfunctional United States Congress be declared unconstitutional by this Honorable Court, and that undersigned be appointed as President for Life. In the alternative, Defendant requests that his counsel of record be given free parking outside the new federal courthouse, also for life, or until counsel's meter runs out.

                                                             Respectfully submitted,

                                                             *s/GORDON ARMSTRONG*
                                                             Gordon G. Armstrong, III
                                                             Attorney at Law
                                                             P.O. Box 1464
                                                             Mobile, Alabama 36633
                                                             Telephone: 251-434-6428

---

[1] George Washington has been deceased since 1799 so the undersigned cannot certify the authority to file this motion.

## **CERTIFICATE OF SERVICE**

I certify that on this 16th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using NextGen CM/ECF system, which hopefully works, and will send notification to whoever may give a rats ……. of record.

*s/GORDON ARMSTRONG*
Gordon G. Armstrong, III
