# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

**Charles R. Diard, Jr.**
Clerk

113 St. Joseph Street
Mobile, Alabama 36602
(251) 690-2371

### SCHEDULE OF FEES
### (Effective December 1, 2016)

Following are fees to be charged for services provided by the District Courts. The United States should not be charged fees under this schedule, with the exception of those specifically prescribed in Items 2, 4, and 5, when the information requested is available through remote electronic access. Federal agencies or programs that are funded from judiciary appropriations (agencies, organizations, and individuals providing services authorized by the Criminal Justice Act, 18 U.S.C. § 3006, and bankruptcy administrators) should not be charged any fees under this schedule.

## 1. FILING FEES
   a. Civil Complaint ................................................................................$350.00
   b. Administrative fee for filing a civil action, suit, or proceeding in a district court. This does not apply to persons granted *in forma pauperis* status under 28 U.S.C. § 1915 ...............................................................$50.00
   c. Habeas Corpus Petition .......................................................................$5.00
   d. Cuban Liberty and Democratic Solidarity (LIBERTAD) Act 1996[1] ...................$6,548.00

## 2. APPEAL FILING FEES
   a. District Court Docket Fee.....................................................................$5.00
   b. Appellate Court Filing Fee ...............................................................$500.00
      **NOTE:** Both the District Court filing fee and the Appellate Court filing fees are to combined (**$505.00**) and tendered to the Clerk, U. S. District Court.
   c. Appeal to District Judge from Conviction by U. S. Magistrate Judge in a Misdemeanor or Petty Offense ...................................................$38.00

## 3. ATTORNEY ADMISSION FEES
   a. Admission of Attorney to Practice ......................................................$200.00
   b. Special Admission - Pro Hac Vice ......................................................$50.00
   c. Duplicate Certificate of Admission .....................................................$19.00
   d. Certificate of Good Standing.............................................................$19.00
   e. Attorney Readmission Fee (required every five years) ...........................$50.00

---

[1]P.L. 104-114, 110 Stat. ' 785 (1996). This fee is in addition to the filing fee prescribed in 28 U.S.C. § 1914(a) for instituting any civil action other than a writ of habeas corpus.

## 4. MISCELLANEOUS FEES

a. Filing or indexing any document not in a case or proceeding for which a filing fee has been paid ...................................................................................................$47.00

    i. Petition to Perpetuate Testimony (Fed. R. Civ. P. 27(a))

    ii. Registration of Judgment from Another District (28 U.S.C. § 1963)

    iii. Filing of Papers by Trustees Under 28 U.S.C. § 754

    iv. Filing Letters Rogatory or Letters of Request

    v. Registration of Power of Attorney (31 U.S.C. § 9306(b))

b. Record Search (for each name or item searched)[2] ....................................................$31.00

c. Certification of Any Court Record[3] ........................................................................$11.00

d. Exemplification of Any Court Record[3] ...................................................................$22.00

e. Reproduction of Any Record or Paper (per page)[4] ....................................................$.50

f. Reproduction of Recordings of Proceedings (+ materials)[5] .....................................$31.00

g. Reproduction of Microfiche or Microfilm of Any Court Record (per page of film) .........................................................................................................................$6.00

h. Registry Funds Fee Assessment (*See* Rule 67, Fed. R. Civ. P., Standing Order No. 9)

i. Returned Check Fee ..................................................................................................$53.00

j. Retrieval of Case Records from the Federal Records Center ....................................$64.00

    i. For each additional box requested ........................................................................$39.00

k. Judiciary Fee for Smart Scan Documents ................................................................$10.00

    i. Flat Rate Pull Charge ............................................................................................$9.90

    ii. Per Page Rate ........................................................................................................$.65

l. Witness Fee - Daily ..................................................................................................$40.00

m. CVB Processing Fee ...............................................................................................$30.00

*NO CHANGE POLICY: Due to financial management policies established by the Administrative Office of the U. S. Courts, the Clerk's Office is not able to provide change. Exact payment for services is required. We accept payment by cash, personal check, certified checks, money orders, Visa, MasterCard, American Express, Diners Club International, Discover, and Visa and MasterCard check cards.*

## CHECKS MUST BE MADE PAYABLE TO --- CLERK, U. S. DISTRICT COURT

[2]This fee shall apply to services rendered on behalf of the United States if the information requested is available through electronic access.

[3]This fee applies whether the certification is made directly on the document or by separate instrument.

[4]This fee shall apply to paper copies made from either: (1) original documents; or (2) microfiche or microfilm reproductions of the original records. This fee shall apply to services rendered on behalf of the United States if the record or paper requested is available through electronic access.

[5]For reproduction of recordings of proceedings, regardless of the medium, $31, including the cost of materials. This fee shall apply to services rendered on behalf of the United States, if the reproduction of the recording is available electronically.